

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2016

No. 04-15-00397-CV

**IN THE ESTATE OF LUISA R. MONTEMAYOR**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2010-PC-3012
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court